UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
S.B., on behalf of minor child, L.B.,

                Plaintiff,

        -against-                                  08 Civ. 3967 (LAK)

THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiffs shall show cause, on or before May 12, 2008, why an order should not be entered requiring that the complaint and the caption be amended so as to set forth the names of all of the parties in accordance with Fed. R. Civ. P. 10(a).

        SO ORDERED.

Dated:     May 2, 2008

                                              _____
                                                 Lewis A. Kaplan
                                            United States District Judge