UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
CLAUDIA BILDIRICI, on behalf of minor child,
LOTTIE BILDIRICI,

                               Plaintiff,           Affirmation of Attorney in Reply
                                                 to an Order to Show Cause

       -against-

                                                   08 Civ. 3769 (LAK)

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                Defendant.
--------------------------------------------------------------------X


AFFIRMATION OF ANTON PAPAKHIN

1.      Anton Papakhin, an attorney duly licensed to practice law before this Court, affirms under

the penalty of perjury that the following is true and correct:

That I am associated with the attorneys for the plaintiff herein and am familiar with the facts and

circumstances herein, except as to those alleged upon information and belief, and as to those I

verily believe them to be true.

2.      That I make this Affirmation in Reply to this Honorable Court's instant Order to Show

Cause why an order should not be entered requiring that the complaint and the caption be amended

so as to set forth the names of all the parties in accordance with Fed. R. Civ. P. 10(a).

3.      On May 5, 2008, in the interests of judicial economy and in accordance with this Court's

prior decision in, S.R. and M.C. on behalf of M.C., et al v. Board of Education of the City School

District of the City of New York, 49 IDELP 255, 108 LRP 14976, (SDNY 2008), the office of the

undersigned has filed with this court an Amended Complaint setting forth names of all the parties in

accordance with Fed. R. Civ. P. 10(a).  True and accurate copy of the Amended Complaint attached

hereto as **Exhibit "A."**


Dated: Brooklyn, New York
      May 6, 2008


                              Respectfully submitted,

                              _____
                              Tikhomirov & Roytblat, PLLC
                              By: Anton Papakhin (AP 4680)
                              Attorney for Plaintiffs
                              1400 Avenue Z– Suite 403
                              Brooklyn, NY  11235
                              Tel:(718) 376-9500
                                  (917) 270-1403
                              Fax:(718) 676-5649


### *CERTIFICATE OF SERVICE*

        I, the undersigned attorney of record for the Plaintiff in the above referenced cause, do hereby certify that I have this day served a true and complete copy of the foregoing Affirmation in Reply to Order to Show Cause by personal service, upon the following:


CORPORATION COUNSEL
OF THE CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NEW YORK 10007


Certified this the 6th day of May, 2008.


                              _____
                              Anton Papakhin (AP 4680)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of CLAUDIA BILDIRICI, on
behalf of minor child, LOTTIE BILDIRICI,

**SUMMONS IN A CIVIL ACTION**

**Plaintiffs,**

v.

CASE NUMBER: 08 CV 3967

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT IF THE CITY OF
NEW YORK (d/b/a The department of
Education of the City School District of the
City of New York),

**Defendant(s).**

TO: NYC Department of Education
52 Chambers Street
New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS'
ATTORNEYS

Tikhomirov & Roytblat, PLLC
Anton Papakhin, Esq.
1400 Avenue Z – Suite 403
Brooklyn, NY 11235
Tel: (917) 270-1403
     (718) 376-9500
Fax:(917) 270-1403

an answer to the complaint which is hereby served upon you, within 20 days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. Any answer that you
serve on the parties to this action must be filed with the clerk of this Court within a reasonable
period of time after service.

**J. MICHAEL McMAHON**
CLERK

MAY 0 5 2008

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                    :
CLAUDIA BILDIRICI, on behalf of minor child,        :
LOTTIE BILDIRICI,                                   :
                                                    :          Docket No.
                                    Plaintiffs,     :
                                                    :          08 -CV-3967
              -against-                             :
                                                    :          AMENDED
                                                    :          COMPLAINT
THE BOARD OF EDUCATION OF THE                       :
CITY SCHOOL DISTRICT OF THE                         :
CITY OF NEW YORK (d/b/a The Department              :
of Education of the City School District of
the City of New York)

                                    Defendant(s).

-------------------------------------------------------------------- X



1. This is an action to recover attorney's fees and costs incurred in the course of administrative proceedings brought pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1415 *et seq.*

2. Plaintiff is the biological parent of Lottie Bildirici, a child with a disability as defined by the IDEA.

3. The Board of Education of the City School District of the City of New York ("Defendant"), which now identifies itself as the New York City Department of Education, was, at all times relevant to this action, responsible for providing Lottie Bildirici with a free, appropriate, public education ("FAPE") pursuant to 20 USC §1400(d)(1)(A).

4. Defendant's principal administrative offices are located at 52 Chambers Street, New York, New York 10007.

1

STATE OF NEW YORK )

COUNTY OF KINGS) SS.:

Nataliya Knyazeva, duly sworn deposes and says that deponent is not a party to the action, is over 18 years of age and resides at 1400 Avenue Z, Ste. 403, Brooklyn, NY 11235.

On May 5, 2008 deponent personally served the within **SUMMONS AND AMMENDED COMPLAINT** upon:

THE CITY OF NEW YORK
100 Church Street
New York, New York  10007

this being the address designated by said party for that purpose, by personal service.

Nataliya Knyazeva

Sworn to before me this
5th day of May, 2007

NOTARY PUBLIC
Alexander Roytblat
Notary Public, State of New York
No. 02R06171336
Qualified In Kings County
Expires on 07/23/2011