UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CLAUDIA BILDIRICI, on behalf of minor child, LOTTIE BILDIRICI

                            Plaintiffs,      **NOTICE OF APPEARANCE**

        -against-

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK (d/b/a The Department of Education of the City School District of the City of New York)      **O8 CV 3967 (LAK)**

                            Defendant(s).

------------------------------------------------------------------------ x

**PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of the City of New York defendants in the above titled action.

Dated:       New York, New York
                May 21, 2008

                                     MICHAEL A. CARDOZO
                                     Corporation Counsel of the
                                     City of New York
                                     Attorney for Defendant
                                     100 Church Street, Room 2-182
                                     New York, N.Y. 10007
                                     (212) 788-8119
                                     e-mail: jsilverb@law.nyc.gov

                                     By:_____/js/_____
                                        Janice Casey Silverberg (JS 4629)
                                        Assistant Corporation Counsel