May 22 2008 2:16PM   Tikhomirov & Roytblat, PL   17183769501   Kaplan  p.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CLAUDIA BILDIRICI, on behalf of minor child, LOTTIE
BILDIRICI

                                  Plaintiffs,      **STIPULATION OF**
                                                         **ADJOURNMENT**
           -against-

THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK (d/b/a The
Department of Education of the City School District of the    08 CV 3967 (LAK)
City of New York)


                                  Defendant(s).
-------------------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time for defendant to respond to the Amended Complaint is extended from May 25, 2008 to June 25, 2008.

Dated:     New York, New York
             May 22, 2008


Tikhomirov & Roytblat, PLLC              MICHAEL A. CARDOZO
Attorney for Plaintiffs                        Corporation Counsel of the
1400 Avenue Z Suite 403                    City of New York
Brooklyn, N.Y. 11235                        Attorney for Respondent
Tel: (718) 376-9500                         100 Church Street, Room 2-182
      (917) 270-1403                      New York, New York 10007
Fax: (718) 676-5649                       Tel: (212) 788-8119
                                                              Fax: (212) 788-0940

By: _____           By: _____
     Anton Papakhin (AP4680)                   Janice Casey Silverberg (JS4629)
     Attorney for Plaintiffs                          Assistant Corporation Counsel

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08