UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CLAUDIA BILDIRICI, on behalf of minor child, LOTTIE
BILDIRICI

                                          Plaintiffs,       **STIPULATION OF**
              -against-                                          **ADJOURNMENT**

THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK (d/b/a The
Department of Education of the City School District of the    08 CV 3967 (LAK)
City of New York)

                                      Defendant(s).
-------------------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that, as the parties have reached an agreement on the settlement of attorneys' fees, the time for defendant to respond to the Amended Complaint is extended from June 25, 2008 to July 9, 2008, at which time the stipulation of settlement and withdrawal will be submitted to the Court.

Dated:     New York, New York
              June 25, 2008

Tikhomirov & Roytblat, PLLC                  MICHAEL A. CARDOZO
Attorney for Plaintiffs                             Corporation Counsel of the
1400 Avenue Z Suite 403                          City of New York
Brooklyn, N.Y. 11235                              Attorney for Respondent
Tel: (718) 376-9500                                100 Church Street, Room 2-182
      (917) 270-1403                               New York, New York 10007
Fax: (718) 676-5649                               Tel: (212) 788-8119
                                                       Fax: (212) 788-0940

By: _____            By: _____
     Anton Papakhin (AP4680)                    Janice Casey Silverberg (JS4629)
     Attorney for Plaintiffs                           Assistant Corporation Counsel

                                                    SO ORDERED: _____
                                                                  U.S.D.J. PART I

                                                    DATED: New York, NY 6/26/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 6/26/08